UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN THE MATTER OF | ) BANKRUPTCY NO. 09-04041 |
| MICHAEL W. POWELL | ) (CHAPTER 13) |
| DEBTOR. | ) ORDER ON U.S. BANK N.A.'S MOTION<br>) TO LIFT STAY |

*Date entered on docket: April 22, 2010*

THIS MATTER comes before the Court for entry of a stipulated order pursuant to the Motion to Lift the Automatic Stay filed by the Creditor, U.S. Bank, N.A. (hereafter US).

The Court having reviewed the Court file and being fully apprised in the premises, makes the following findings:

1. Debtor was delinquent in his post-petition monthly mortgage payments from January 1, 2010 as of the filing of the Motion to Lift Automatic Stay.

2. At the time of the hearing on US's Motion for Relief, the sum of $1,118.56 plus $700.00 for the fees and costs for the filing of the Motion for Relief was owed. Subsequently Mr. Powell has made a payment of $560.00

3. US is entitled to have the automatic stay lifted pursuant to 11 U.S.C. 362(d) for lack of adequate protection and for failure of Debtor to keep his Chapter 13 Plan Agreement.

4. US has agreed to hold the lifting of the automatic stay if the balance of the delinquent post-petition payments and late charges of $576.52 and the fees and costs of the filing of this Motion ($700.00) are paid through its attorney, James V. Sarcone, Jr., according to the following schedule:

   a. $212.76 on or before April 20, 2010
   b. $212.76 on or before May 20, 2010
   c. $212.75 on or before June 20, 2010
   d. $212.75 on or before July 20, 2010
   e. $212.75 on or before August 20, 2010
   f. $212.75 on or before September 20, 2010

and there is a "drop dead" provision for the lifting of the automatic stay if Debtor becomes delinquent in any future post petition payments by more than 30 days.

**IT IS THEREFORE HEREBY ORDERED** that US's Motion to Lift the Automatic Stay is sustained but stayed pending compliance with the provisions of this Order.

**IT IS FURTHER HEREBY ORDERED** that the Debtor, Michael W. Powell shall pay to US, through its attorney, James V. Sarcone, Jr., the following payments:

- a. $212.76 on or before April 20, 2010
- b. $212.76 on or before May 20, 2010
- c. $212.75 on or before June 20, 2010
- d. $212.75 on or before July 20, 2010
- e. $212.75 on or before August 20, 2010
- f. $212.75 on or before September 20, 2010

**IT IS FURTHER HEREBY ORDERED** that if any payment is not received by US's attorney as provided above, US may file an Affidavit stating that payment was not made as provided for herein and the automatic stay will be lifted without further order herein.

**IT IS FURTHER HEREBY ORDERED** that in the event the Debtor becomes delinquent in any future post-petition mortgage payments commencing with the April 1, 2010 mortgage payment by more than 30 days, US may file an Affidavit stating that the mortgage payments are delinquent by more than 30 days and the automatic stay will be lifted without further order.

/s/ Lee M. Jackwig
THE HONORABLE LEE M. JACKWIG,
BANKRUPTCY JUDGE

**APPROVED BY:**

James V. Sarcone, Jr., Attorney for Creditor
U.S. Bank, N.A.

Bruce A. Buckrop, Attorney for Debtor,
Michael W. Powell

D:\Firstnr\Powell\bk-stip order-drop dead.doc

Parties receiving this Order from the Clerk of Court:
Electronic Filers in this Chapter Case